UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-cv-22746-DPG

JESUS GONZALEZ

    Plaintiff,
vs.

MK RESTAURANT CONCEPTS, LLC
d/b/a Lokal restaurant and
3190 COMMODORE, LLC

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action, with prejudice against, Defendants, MK RESTAURANT CONCEPTS, LLC., d/b/a Lokal restaurant and 3190 COMMODORE, LLC., and respectfully requests this Court to terminate the action.

Respectfully submitted this November 11, 2022.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Page 1 of 2

**Gonzalez v. MK Restaurant, et al.**
**Case No.: 22-cv-22746-DPG**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 11, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*